COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401623 JUL. 30. 2015
$000.41⁶

RE: WR-82,925-01

JERRY WAYNE DUKES
401 LINCOLN AVENUT
APT. 70
COLLEGE STATION, TX 77840

U TF